## STATE OF CONNECTICUT *v.* CURTIS GORE

The defendant's cross petition for certification for appeal from the Appellate Court, 96 Conn. App. 758 (AC 26304), is denied.

*Kent Drager*, senior assistant public defender, in support of the cross petition.

*Melissa Streeto Brechlin*, assistant state's attorney, in opposition.

Decided November 7, 2006

## STATE OF CONNECTICUT *v.* CURTIS GORE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 96 Conn. App. 758 (AC 26304), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had not validly waived his right to a jury trial?"

The Supreme Court docket number is SC 17769.

*Melissa Streeto Brechlin*, assistant state's attorney, in support of the petition.

*Kent Drager*, senior assistant public defender, in opposition.

Decided November 7, 2006

## JOAN DEAN ET AL. *v.* ZONING COMMISSION OF THE CITY OF NORWALK

The petition by the intervening defendant Five Mile River Works, Inc., for certification for appeal from the